UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

_____

No. 96-30927
_____


BASIC RENTAL INC.,

                                    Plaintiff-Appellant,

                    versus

TRANSAMERICA COMMERCIAL FINANCE CORP.; ET AL.,

                                    Defendants,

TRANSAMERICA COMMERCIAL FINANCE CORP.;
TRANSAMERICA RENTAL FINANCE CORP.,

                                    Defendants-Appellees.
_____

       Appeal from the United States District Court for the
                 Western District of Louisiana
                         (93-CV-1350)
_____
                     June 6, 1997

Before WISDOM, BENAVIDES, AND STEWART, Circuit Judges.

PER CURIAM:[*]

    AFFIRMED.  *See* Local Rule 47.6.

_____

    [*] Pursuant to Local Rule 47.5, the court has determined that
this opinion should not be published and is not precedent except
under the limited circumstances set forth in Local Rule 47.5.4.